# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
  §
MLECZEK, AGNIESZKA K  §  Case No. 12-07740
  §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Jeffrey P. Allsteadt
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/19/2014 in Courtroom 744,
          United States Courthouse
          219 South Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Jeffrey P. Allsteadt_____
                                                          Clerk of The United States Bankruptcy
                                                                       Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MLECZEK, AGNIESZKA K § Case No. 12-07740
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,119.61 |
| and approved disbursements of | $ | 226.51 |
| leaving a balance on hand of[1] | $ | 2,893.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 779.90 | $ 0.00 | $ 779.90 |
| Trustee Expenses: Phillip D. Levey | $ 10.67 | $ 0.00 | $ 10.67 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 790.57 |
| Remaining Balance | $ 2,102.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,338.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 360.91 | $ 0.00 | $ 49.47 |
| 000002 | Nordstrom fsb | $ 518.24 | $ 0.00 | $ 71.04 |
| 000003 | Us Dept Of Education | $ 14,459.70 | $ 0.00 | $ 1,982.02 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,102.53 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-07740-ERW
Agnieszka K Mleczek                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 1             Date Rcvd: Oct 24, 2014
                               Form ID: pdf006             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2014.
```
db            #+Agnieszka K Mleczek,   3659 N. Nottingham Ave.,    Chicago, IL 60634-2243
18551316       +Andrzej P. Indyk,   PO Box 7389,   Prospect Heights, IL 60070-7389
18686853       +COLFIN BULLS FUNDING A, LLC,   Jay R. Goldberg ARDC No. 6201235,    FIELD AND GOLDBERG, LLC,
                 10 South LaSalle St Ste 2910,   Chicago, Illinois 60603-1056
18551317       +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
18551319       +DePaul University,   1 E. Jackson Blvd.,   Chicago, IL 60604-2287
18551320       +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
18551321       +Field And Goldberg, LLC,   10 S LaSalle #2910,   Chicago, IL 60603-1056
18551322        Fst Chgo Bk,   Po Box 8650,   Wilmington, DE 19899
18551324       +Hsbc/carsn,   Po Box 5253,   Carol Stream, IL 60197-5253
18551325       +MB Financial Bank,NA,   6111 N River Rd,   Des Plaines, IL 60018-5111
18551327      #+Ryszard Lukasik,   3659 Notthingham,   Chicago, IL 60634-2243
18551328       +Tuition Management Systems,   P.O. Box 94634,   Cleveland, OH 44101-4634
18551331       +Us Dept Of Education,   P O Box 5609,   Greenville, TX 75403-5609
18551329       +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,
                 Greenville, TX 75403-5609
18551333       +Wfnnb/ann Taylor Mast,   Po Box 182273,   Columbus, OH 43218-2273
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18551323       +E-mail/Text: bknoticing@grantweber.com Oct 25 2014 00:37:20      Grant & Weber, Inc.,
                 861 Coronado Center Dr. Suite 211,   Henderson, NV 89052-3992
18551326       +E-mail/Text: bnc@nordstrom.com Oct 25 2014 00:36:38      Nordstrom FSB,
                 Recovery/ Bankruptcy Department,   Po Box 6555,   Englewood, CO 80155-6555
18851575       +E-mail/Text: bnc@nordstrom.com Oct 25 2014 00:36:38      Nordstrom fsb,   P.O. Box 6566,
                 Englewood, CO 80155-6566
18835965        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2014 00:37:05
                 Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18551318*      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
18551330*      +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,
                 Greenville, TX 75403-5609
18551332*      +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,
                 Greenville, TX 75403-5609
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2014 at the address(es) listed below:
```
              Julita   Kocinski    on behalf of Debtor Agnieszka K Mleczek julitakocinski@yahoo.com,
               julitakocinski@gmail.com
              Justin M. Newman    on behalf of Creditor   ColFin Bulls Funding A, LLC
               jnewman@fieldandgoldberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```