# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
MLECZEK, AGNIESZKA K § Case No. 12-07740
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrzej P. Indyk PO Box 7389 Prospect Heights, IL 60070 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | DePaul University 1 E. Jackson Blvd. Chicago, IL 60604 | | | | | |
| | Dsnb Macys Po Box 8218 Mason, OH 45040 | | | | | |
| | Fst Chgo Bk Po Box 8650 Wilmington, DE 19899 | | | | | |
| | Grant & Weber, Inc. 861 Coronado Center Dr. Suite 211 Henderson, NV 89052 | | | | | |
| | Hsbc/carsn Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial Bank,NA 6111 N River Rd Des Plaines, IL 60018 | | | | | |
| | Nordstrom FSB Recovery/ Bankruptcy Department Po Box 6555 Englewood, CO 80155 | | | | | |
| | Tuition Management Systems P.O. Box 94634 Cleveland, OH 44101 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Wfnnb/ann Taylor Mast Po Box 182273 Columbus, OH 43218 | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | US DEPT OF EDUCATION | | | | | |
| 000002 | NORDSTROM FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-07740 EW Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MLECZEK, AGNIESZKA K | Date Filed (f) or Converted (c): | 02/29/12 (f) |
| | | 341(a) Meeting Date: | 03/30/12 |
| For Period Ending: | 10/03/14 | Claims Bar Date: | 07/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts<br>Chase checking account<br>Debtor Claimed Exemption | 93.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br>Bank of America checking account<br>Debtor Claimed Exemption | 330.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>used furniture<br>Debtor Claimed Exemption | 100.00 | 99.50 | | 0.00 | FA |
| 4. Wearing Apparel<br>used clothes<br>Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 5. Insurance Policies<br>Prudential Financial term life insurance no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 6. Pension / Profit Sharing<br>MassMutual Financial Group Retirement Plan<br>Debtor Claimed Exemption | 26,310.79 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing<br>Vanguard Retirement Plan<br>Debtor Claimed Exemption | 6,412.41 | 0.00 | | 0.00 | FA |
| 8. Liquidated Claims<br>2011 Tax refund 50%<br>Debtor Claimed Exemption | 3,119.50 | 3,119.50 | | 3,119.50 | FA |
| 9. Vehicles<br>2004 Lexus ES 89,000 miles 50% interest of total $5,700<br>Debtor Claimed Exemption | 2,850.00 | 0.00 | | 0.00 | FA |
| 10. Other Miscellaneous | 2,000.00 | 1,993.00 | | 0.00 | FA |

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 18.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-07740 | EW | Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
| Case Name: | MLECZEK, AGNIESZKA K | | | Date Filed (f) or Converted (c): | 02/29/12 (f) |
| | | | | 341(a) Meeting Date: | 03/30/12 |
| | | | | Claims Bar Date: | 07/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Time Shares in Hawaii $4,000 50% interest Debtor Claimed Exemption | | | | | |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.11 | Unknown |
| TOTALS (Excluding Unknown Values) | $41,365.70 | $5,212.00 | | $3,119.61 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 03/31/14      Current Projected Date of Final Report (TFR): 11/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-07740 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | MLECZEK, AGNIESZKA K | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2986  Checking |
| Taxpayer ID No: | *******8381 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 3,104.18 | | 3,104.18 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.91 | 3,102.27 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.98 | 3,100.29 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.91 | 3,098.38 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.97 | 3,096.41 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,086.41 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 2.60 | 3,083.81 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,073.81 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,063.81 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,053.81 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,043.81 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,033.81 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,023.81 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,013.81 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,003.81 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,993.81 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,983.81 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,973.81 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,963.81 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,953.81 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 0.71 | 2,953.10 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,943.10 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,933.10 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,923.10 |

Page Subtotals        3,104.18        181.08

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-07740 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | MLECZEK, AGNIESZKA K | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2986 Checking |
| Taxpayer ID No: | *******8381 | | |
| For Period Ending: | 01/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,913.10 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,903.10 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,893.10 |
| 11/23/14 | 010003 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 779.90 | 2,113.20 |
| 11/23/14 | 010004 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 10.67 | 2,102.53 |
| 11/23/14 | 010005 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000001, Payment 13.70702% (1-1) Unsecured Debt | 7100-000 | | 49.47 | 2,053.06 |
| 11/23/14 | 010006 | Nordstrom fsb P.O. Box 6566 Englewood, CO 80155 | Claim 000002, Payment 13.70793% | 7100-900 | | 71.04 | 1,982.02 |
| 11/23/14 | 010007 | Us Dept Of Education P O Box 5609 Greenville, TX 75403 | Claim 000003, Payment 13.70720% | 7100-000 | | 1,982.02 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,104.18 | 3,104.18 | 0.00 |
| Less: Bank Transfers/CD's | 3,104.18 | 0.00 | |
| Subtotal | 0.00 | 3,104.18 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,104.18 | |

Page Subtotals 0.00 2,923.10

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-07740 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | MLECZEK, AGNIESZKA K | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6215  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8381 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/12 | 8 | Ryszard Lukasik | Income Tax Refund | 1124-000 | 3,119.50 | | 3,119.50 |
| 04/30/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,119.51 |
| 05/31/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,119.54 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.96 | 3,115.58 |
| 06/29/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,115.60 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.70 | 3,111.90 |
| 07/31/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,111.93 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.08 | 3,107.85 |
| 08/30/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,107.87 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.69 | 3,104.18 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,104.18 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,119.61 | 3,119.61 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,104.18 | |
| Subtotal | 3,119.61 | 15.43 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,119.61 | 15.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2986 | 0.00 | 3,104.18 | 0.00 |
| Money Market Account (Interest Earn - ********6215 | 3,119.61 | 15.43 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 3,119.61 | 3,119.61 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 3,119.61 | 3,119.61 | |

Ver: 18.03b

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-07740 -EW |
| Case Name: | MLECZEK, AGNIESZKA K |
| Taxpayer ID No: | *******8381 |
| For Period Ending: | 01/11/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6215  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - ********2986
Money Market Account (Interest Earn - ********6215

|   |   |   |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*